## Case Information

231100443908 | James Wilhite 6006 Stilson Branch Lane Houston Texas 77092 vs. Chex Systems Inc, Veritex Community Bank

| Case Number | Court | Judicial Officer |
|---|---|---|
| 231100443908 | Precinct 1, Place 1 | Carter, Eric William |
| **File Date** | **Case Type** | **Case Status** |
| 12/08/2023 | Small Claims | Active |

## Party

**Plaintiff**
James Wilhite 6006 Stilson Branch Lane Houston Texas 77092

Address
6006 stilson branch lane
Houston TX 77092

**Defendant**
Chex Systems Inc

Address
601 Riverside Avenue
Jacksonville FL 32204

**Defendant**
Veritex Community Bank

Address
8214 Westchester Dr
Ste 800
Dallas TX 75225

EXHIBIT A

## Cause of Action

| File Date | Cause of Action | Type | Filed By | Filed Against |
|---|---|---|---|---|
| 12/08/2023 | Small Claims | Action | James Wilhite 6006 Stilson Branch Lane Houston Texas 77092 | Chex Systems Inc Veritex Community Bank |

## Events and Hearings

12/08/2023 Citation ▼

Requested By
James Wilhite 6006 Stilson Branch Lane Houston Texas 77092

Unserved

Anticipated Server
Harris County Constable

Anticipated Method
In Person
Unserved

Anticipated Server
Harris County Constable

Anticipated Method
In Person

12/08/2023 Original Petition Filed ▼

Original Petition Filed

12/08/2023 Small Claims-Citation Money Damages ▼

EXHIBIT A

Citation - Small Claims Money Damages

Citation - Small Claims Money Damages

12/08/2023 Cause Of Action

| Action | File Date |
|---|---|
| Small Claims | 12/08/2023 |

04/15/2024 Additional Documents Filed by Party

unsigned ceritfy return?

Comment
unsigned cert return?

## Financial

James Wilhite 6006 Stilson Branch Lane Houston Texas 77092

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $54.00 |
| Total Payments and Credits | | | | $54.00 |
| 12/8/2023 | Transaction Assessment | | | $54.00 |
| 12/8/2023 | Transaction Assessment | | | $0.00 |
| 12/8/2023 | Payment | Receipt # 2023-21937 | James Wilhite | ($54.00) |

## Documents

Original Petition Filed

Citation - Small Claims Money Damages

Citation - Small Claims Money Damages

EXHIBIT A

Citation - Small Claims Money Damages

Citation - Small Claims Money Damages

unsigned ceritfy return?

EXHIBIT A



CT Corporation
Service of Process Notification
04/16/2024
CT Log Number 546220503

## Service of Process Transmittal Summary

**TO:** DEBBIE SEGERS, VP,Chief IP Counsel
FIDELITY NATIONAL INFORMATION SERVICES, INC.
347 RIVERSIDE AVE FL 12 LEGAL
JACKSONVILLE, FL 32202-4909

**RE:** Process Served in Texas

**FOR:** Chex Systems, Inc.  (Domestic State: MN)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | James Wilhite vs. Chex Systems Inc<br>Name discrepancy noted. |
| **DOCUMENT(S) SERVED:** | Small Claims Petition, Small Claims Citation |
| **COURT/AGENCY:** | In the Justice Court Harris County, Texas, Precinct 1, Place 1, TX<br>Case # 231100443908 |
| **NATURE OF ACTION:** | Plaintiff requested relief as checksystem was notified of false, misleading and defamatory information reported publicly |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 04/16/2024 postmarked on 04/05/2024 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | On or before the end of the 14th day after the date of service of this citation (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | James Wilhite<br>6006 stilson branch lane<br>HOUSTON, TX 77092<br>424-303-2330 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/17/2024, Expected Purge Date: 04/22/2024<br><br>Image SOP<br><br>Email Notification,  CRYSTAL WARREN  crystal.warren@fisglobal.com<br><br>Email Notification,  KATHY HAUSE  kathy.hause@fisglobal.com<br><br>Email Notification,  DEBBIE SEGERS  debbie.segers@fisglobal.com<br><br>Email Notification,  Chris Winter  christopher.winter@fisglobal.com<br><br>Email Notification,  Teresa Fogel  teresa.fogel@fisglobal.com<br><br>Email Notification,  CARRIE RUSSELL  carrie.russell@fisglobal.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900 |

Page 1 of  2
EXHIBIT A



**CT Corporation**
**Service of Process Notification**
04/16/2024
CT Log Number 546220503

Dallas, TX 75201
877-564-7529
MajorAccountTeam1@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



6806 Stillson Branch Ln.
Houston, TX 77092

9589 0710 5270 0562 6360 34

CT Corporation
c/o CHEXSYSTEMS INC.
1999 Bryan St. Ste 900
Dallas, TX 75201

U.S. POST
FCM LETT
HOUSTON
APR 05, 20
$8.7
R2304Y122

75201

RDC 99

75201-428455

**Small Claims Petition**

NO. _____

| | | |
|---|---|---|
| **James Wilhite** <br> **6006 Stilson Branch Lane** <br> **Houston Texas 77092** <br> Plaintiff(s) <br><br> vs. <br><br> **CHEX SYSTEMS INC** <br> **VERITEX COMMUNITY BANK** <br> Defendant(s) | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | In the Justice Court of Harris County, Texas <br> Precinct _____ Place _____ |

*Plaintiff:* __**James Wilhite**_____

Describe the legal nature of the plaintiff *(e.g., individual, sole proprietorship, partnership, corporation)*

_____

*Defendant:* __**CHEX SYSTEMS INC AND    VERITEX COMMUNITY BANK**__
*Address:* __**601 Riverside Avenue    8214 Westchester Dr., Ste. 800**__
         ~~Jacksonville, FL 32204~~    ~~Dallas, TX 75225~~
*City:* _____ State: _____ Zip: _____ Date of Birth *(if applicable):* _____

Describe the legal nature of the defendant *(e.g., individual, sole proprietorship, partnership, corporation)*
__**CORPORATION**_____

*Defendant may be served by serving _____
(state the name of the defendant if defendant is an individual, or state the name and title of the person who is authorized to receive service of process for the defendant if defendant is a partnership, limited partnership, corporation, or limited liability company), who may be served at*

**CORPORATION C/O Chexsystems Inc 1999 Bryan St. Ste 900 Dallas, TX 75201  CAPITOL CORPORATE SERVICES C/O VERITEX COMMUNITY BANK 1501 S MOPAC EXPY STE 200 AUSTIN, TX 78764**
*(state the address for service of process).*
The defendant's usual place of business or residence, or other place where defendant can probably be found is _____.

**Cause of Action**
*(State the cause of action in plain and concise language, sufficient to give fair notice of the claim and to provide enough information to enable the defendant to prepare a defense. You may include information showing venue is proper in the Justice of the Peace Precinct in which you are filing. If you are seeking personal property, you must describe the property and state the value of the property.)*

**checksystem was notified of false, misleading and defamatory information reported publicly about me and failed to properly address and deal with my request. The other defendant Veritex falsely accuses me of not paying my bills and i reporting false, misleading and highly sensitive financial information about me.**

**Both defendants have caused me serious mental and emotional distress and anxiety.**

**Relief Requested** *(Describe the relief you are requesting, itemizing the amount of damages you are seeking.)*

**$6,000 in relief for credit repair expenses and for causing unnecessary stress and anxiety**

Respectfully submitted,

_____    Printed Name: _____
*Signature of Plaintiff or Plaintiff's Attorney of Record*    State Bar No. _____
Address: __**6006 stilson branch lane houston texas 77092**__
Telephone: **424-303-2330**    Fax Number: _____
E-Mail Address: __**jameswilhite82@gmail.com**__
☒ Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this e-mail address.

EXHIBIT A

Citation - Small Claims Money Damages                            Tracking Number: A0221705

## Case Number: 231100443908

| | | |
|---|---|---|
| James Wilhite 6006 Stilson Branch Lane Houston Texas 77092<br>Plaintiff<br>vs.<br>Chex Systems Inc; Veritex Community Bank<br>Defendant | § § § § § § § | In the Justice Court<br>Harris County, Texas<br>Precinct 1, Place 1<br>7300 North Shepherd Drive<br>Court: Room 117<br>Main Office: Room 138<br>Houston, TX 77091<br>713-274-0695<br>www.jp.hctx.net |

### Citation (Small Claims Case)

THE STATE OF TEXAS
COUNTY OF HARRIS

TO: **ANY SHERIFF, CONSTABLE, PROCESS SERVER CERTIFIED UNDER ORDER OF THE SUPREME COURT, OTHER PERSON AUTHORIZED BY COURT ORDER, OR CLERK:**

Deliver this citation, together with a copy of the petition, to:

Veritex Community Bank
8214 Westchester Dr
Ste 800
Dallas TX  75225
Phone Number:

**TO THE DEFENDANT:**
**You have been sued. You are commanded to appear by filing a written answer to the petition filed by Plaintiff with the Clerk of the Court on or before the end of the 14th day after the date of service of this citation. In your answer, please provide an email address if you consent to email service of any pleadings or other documents in your case. If you fail to file an answer as required, a judgment by default may be rendered for the relief demanded in the petition.**

Date Petition Filed: 12/08/2023

Nature of demand made by Plaintiff(s): money owed in the amount of $6,000.00.  A copy of the petition is attached.

**Notice**
**You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult the Texas Rules of Civil Procedure, Part V, Rules of Practice in Justice Courts. A copy of the Rules is available at http://www.jp.hctx.net/ or at the Justice Court.**

Date: 4/4/2024          /s/ Aimee Rodriguez
                                            Clerk of the Court
                                            Harris County Justice Court
                                            Precinct 1, Place 1

Address of Plaintiff                        Address of Plaintiff's Attorney

6006 stilson branch lane
Houston TX 77092

EXHIBIT A

Citation - Small Claims Money Damages                                    Tracking Number: A0221704

## Case Number: 231100443908

| | | |
|---|---|---|
| James Wilhite 6006 Stilson Branch Lane Houston Texas 77092 § | | In the Justice Court |
| Plaintiff § | | Harris County, Texas |
| vs. § | | Precinct 1, Place 1 |
| Chex Systems Inc; Veritex Community Bank § | | 7300 North Shepherd Drive |
| Defendant § | | Court: Room 117 |
| § | | Main Office: Room 138 |
| | | Houston, TX 77091 |
| | | 713-274-0695 |
| | | www.jp.hctx.net |

### Citation (Small Claims Case)

THE STATE OF TEXAS
COUNTY OF HARRIS

TO: **ANY SHERIFF, CONSTABLE, PROCESS SERVER CERTIFIED UNDER ORDER OF THE SUPREME COURT, OTHER PERSON AUTHORIZED BY COURT ORDER, OR CLERK:**

Deliver this citation, together with a copy of the petition, to:

Chex Systems Inc
601 Riverside Avenue
Jacksonville FL  32204
Phone Number:

**TO THE DEFENDANT:**
**You have been sued. You are commanded to appear by filing a written answer to the petition filed by Plaintiff with the Clerk of the Court <u>on or before the end of the 14th day after the date of service</u> of this citation. In your answer, please provide an email address if you consent to email service of any pleadings or other documents in your case. If you fail to file an answer as required, a judgment by default may be rendered for the relief demanded in the petition.**

Date Petition Filed: 12/08/2023

Nature of demand made by Plaintiff(s): money owed in the amount of $6,000.00.  A copy of the petition is attached.

### Notice
You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult the Texas Rules of Civil Procedure, Part V, Rules of Practice in Justice Courts. A copy of the Rules is available at http://www.jp.hctx.net/ or at the Justice Court.

Date: 4/4/2024



/s/ Aimee Rodriguez
Clerk of the Court
Harris County Justice Court
Precinct 1, Place 1

| Address of Plaintiff | Address of Plaintiff's Attorney |
|---|---|
| 6006 stilson branch lane<br>Houston TX 77092 | |

Citation - Small Claims Money Damages                                                      Tracking Number: A0221704

Revised:  06/09/2016
EXHIBIT A

Citation - Small Claims Money Damages

Case Number: 231100443908

| | | |
|---|---|---|
| James Wilhite 6006 Stilson Branch Lane Houston Texas 77092<br>Plaintiff<br>vs.<br>Chex Systems Inc; Veritex Community Bank<br>Defendant | § § § § § § § | In the Justice Court<br>Harris County, Texas<br>Precinct 1, Place 1<br>7300 North Shepherd Drive<br>Room 138<br>Houston, TX 77091<br>713-274-0695<br>www.jp.hctx.net |

**Citation (Small Claims Case)**

THE STATE OF TEXAS
COUNTY OF HARRIS

**TO: ANY SHERIFF, CONSTABLE, PROCESS SERVER CERTIFIED UNDER ORDER OF THE SUPREME COURT, OTHER PERSON AUTHORIZED BY COURT ORDER, OR CLERK:**

Deliver this citation, together with a copy of the petition, to:

Chex Systems Inc
By serving: CT Corporation C/O Chexsystems Inc
1999 Bryan St
Ste 900
Dallas, Tx 75201

**TO THE DEFENDANT:**
**You have been sued. You are commanded to appear by filing a written answer to the petition filed by Plaintiff with the Clerk of the Court <u>on or before the end of the 14th day after the date of service</u> of this citation. In your answer, please provide an email address if you consent to email service of any pleadings or other documents in your case. If you fail to file an answer as required, a judgment by default may be rendered for the relief demanded in the petition.**

Date Petition Filed: 12/08/2023

Nature of demand made by Plaintiff(s): money owed in the amount of $6,000.00.  A copy of the petition is attached.

Notice

**You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult the Texas Rules of Civil Procedure, Part V, Rules of Practice in Justice Courts. A copy of the Rules is available at http://www.jp.hctx.net/ or at the Justice Court.**

Date: 12/8/2023



/s/ Kenya Pennington
Clerk of the Court
Harris County Justice Court
Precinct 1, Place 1

Address of Plaintiff                                                Address of Plaintiff's Attorney

6006 stilson branch lane
Houston TX 77092

RECEIVED OR FILED
JUSTICE OF THE PEACE 1-1
HARRIS COUNTY, TEXAS
12/08/2023 1:57:34 PM

# Small Claims Petition

NO. 231100943908

**James Wilhite**
6006 Stilson Branch Lane
Houston Texas 77092

Plaintiff(s)

vs.

CHEX SYSTEMS INC
VERITEX COMMUNITY BANK

Defendant(s)

§ In the Justice Court of Harris County, Texas
§ Precinct _____ Place _____
§
§
§
§
§
§

Plaintiff: James Wilhite  6006 STILSON BRANCH LANE HOUSTON Texas 77092

Describe the legal nature of the plaintiff *(e.g., individual, sole proprietorship, partnership, corporation)*

Defendant: **CHEX SYSTEMS INC AND    VERITEX COMMUNITY BANK**
Address: 601 Riverside Avenue       8214 Westchester Dr., Ste. 800
         Jacksonville, FL 32204     Dallas, TX 75225
City: _____ State: _____ Zip: _____ Date of Birth *(if applicable)*: _____

Describe the legal nature of the defendant *(e.g., individual, sole proprietorship, partnership, corporation)*
**CORPORATION**

*Defendant may be served by serving _____
*(state the name of the defendant if defendant is an individual, or state the name and title of the person who is authorized to receive service of process for the defendant if defendant is a partnership, limited partnership, corporation, or limited liability company)*, who may be served at

CT CORPORATION C/O Chexsystems Inc 1999 Bryan St. Ste 900 Dallas, TX 75201  CAPITOL CORPORATE SERVICES C/O VERITEX COMMUNITY BANK 1501 S MOPAC EXPY STE 200 AUSTIN, TX 78764
*(state the address for service of process).*
The defendant's usual place of business or residence, or other place where defendant can probably be found is _____

## Cause of Action

*(State the cause of action in plain and concise language, sufficient to give fair notice of the claim and to provide enough information to enable the defendant to prepare a defense. You may include information showing venue is proper in the Justice of the Peace Precinct in which you are filing. If you are seeking personal property, you must describe the property and state the value of the property.)*

**checksystem was notified of false, misleading and defamatory information reported publicly about me and failed to properly address and deal with my request. The other defendant Veritex falsely accuses me of not paying my bills and reporting false, misleading and highly sensitive financial information about me.**

**Both defendants have caused me serious mental and emotional distress and anxiety.**

## Relief Requested *(Describe the relief you are requesting, itemizing the amount of damages you are seeking.)*

**$6,000 in relief for credit repair expenses and for causing unnecessary stress and anxiety**

Respectfully submitted,

_James Wilhite_
Signature of Plaintiff or Plaintiff's Attorney of Record

Printed Name: James Wilhite
State Bar No. _____

Address: 6006 stilson branch lane houston texas 77092
Telephone: 424-303-2330    Fax Number: _____
E-Mail Address: jameswilhite82@gmail.com

☒ Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this e-mail address.

EXHIBIT A

RECEIVED OR FILED
JUSTICE OF THE PEACE 1-1
HARRIS COUNTY, TEXAS
04/15/2024 11:00:59 AM



EXHIBIT A

RECEIVED OR FILED
JUSTICE OF THE PEACE 1-1
HARRIS COUNTY, TEXAS
04/15/2024 11:01:48 AM

## Marron, John (JP)

| | |
|---|---|
| **From:** | James Wilhite <jameswilhite82@gmail.com> |
| **Sent:** | Monday, April 15, 2024 10:18 AM |
| **To:** | MyJP11 |
| **Subject:** | CASE # 231100443908 |
| **Attachments:** | PROOF OF SERVICE.pdf |

PLEASE CONFIRM WHEN YOU RECEIVE THIS. TY!

1

EXHIBIT A

RECEIVED OR FILED
JUSTICE OF THE PEACE 1-1
HARRIS COUNTY, TEXAS
4/22/2024 10:56 AM

CAUSE NO. 231100443908

| | | |
|---|---|---|
| JAMES WILHITE 6006 STILSON BRANCH LANE HOUSTON TEXAS 77092, | § § § | IN THE JUSTICE COURT |
| Plaintiff, | § § | |
| vs. | § § | PRECINCT 1, PLACE 1 |
| CHEX SYSTEMS INC.; VERITEX COMMUNITY BANK, | § § § § | |
| Defendants. | § | HARRIS COUNTY, TEXAS |

### DEFENDANT'S ORIGINAL ANSWER AND GENERAL DENIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Veritex Community Bank, a Texas state banking organization, Defendant herein, and file this its Answer to Plaintiff's Small Claims Petition, and would respectfully show the Court as follows:

Defendant denies each and every, all and singular, the allegations contained in Plaintiff's Small Claims Petition and demands strict proof thereof by a preponderance of the evidence.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that upon final hearing hereof Plaintiff take nothing by this action, that Defendant goes hence with its costs and without delay, and that Defendant have all such other and further relief as Defendant may show itself justly entitled to receive.

Respectfully submitted,
**D. WOODARD GLENN, P.C.**

By: */s/ Matthew B. Glenn*
    D. Woodard Glenn (08028400)
    wglenn@dwgpc.com
    Matthew B. Glenn (24083077)
    mglenn@dwgpc.com
    D. WOODARD GLENN, P.C.
    6301 Gaston Avenue, Suite 1214
    Dallas, Texas 75214
    (214) 871-9333
    (214) 871-7131 Fax
**ATTORNEYS FOR VERITEX COMMUNITY BANK**

**DEFENDANT'S ORIGINAL ANSWER**  Page 1 of 2
C:\Users\MattG\DWGPC Dropbox\MBG's DWGPC Files\Veritex\Wilhite\1013.Original Answer/General Denial

EXHIBIT A

RECEIVED OR FILED
JUSTICE OF THE PEACE 1-1
HARRIS COUNTY, TEXAS
4/22/2024 10:56 AM

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendant's Original Answer and General Denial has been electronically served on all counsel of record on this 22nd day of April 2024.

\s\ Matthew B. Glenn

**DEFENDANT'S ORIGINAL ANSWER**　　　　　　　　　　　　　　　　　　　Page 2 of 2
C:\Users\MattG\DWGPC Dropbox\MBG's DWGPC Files\Veritex\Wilhite\1013.Original Answer/General Denial

EXHIBIT A

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Matthew Glenn
Bar No. 24083077
mglenn@dwgpc.com
Envelope ID: 86904382
Filing Code Description: Answer Filed
Filing Description: Original Answer and General Denial
Status as of 4/22/2024 2:12 PM CST

Associated Case Party: James Wilhite 6006 Stilson Branch Lane Houston Texas 77092

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Wilhite | | jameswilhite82@gmail.com | 4/22/2024 10:56:23 AM | SENT |

Associated Case Party: Veritex Community Bank

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Matthew BGlenn | | mglenn@dwgpc.com | 4/22/2024 10:56:23 AM | SENT |

EXHIBIT A